FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 MAY 16  PM 4: 25

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

LUIS E. MORALES
a/k/a Tito Morales
REBECCA RIVERA

CASE NO. 6:12-cr-121-Orl-37KRS
18 U.S.C. § 2423(a)
18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about November 14, 2009 and continuing through on or about November 15, 2009, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**LUIS E. MORALES**
**a/k/a Tito Morales**
**and**
**REBECCA RIVERA**

the defendants herein, aiding and abetting each other, did knowingly transport and cause to be transported Minor A, an individual who had not attained the age of 18 years, in interstate commerce, that is, from Florida to Connecticut, with intent that Minor A engage in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT TWO

Beginning on or about November 21, 2009 and continuing through on or about November 22, 2009, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**LUIS E. MORALES**
**a/k/a Tito Morales**
**and**
**REBECCA RIVERA**

the defendants herein, aiding and abetting each other, did knowingly transport and cause to be transported Minor A, an individual who had not attained the age of 18 years, in interstate commerce, that is, from Connecticut to Florida, with intent that Minor A engage in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT THREE

On or about December 16, 2010, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**LUIS E. MORALES**
**a/k/a Tito Morales**

the defendant herein, did knowingly transport and cause to be transported Minor B, who had not attained the age of 18 years, in interstate commerce, that is, from Arizona to Florida, with intent that Minor B engage in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT FOUR

On or about December 22, 2010, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**LUIS E. MORALES**
**a/k/a Tito Morales**

the defendant herein, did knowingly transport and cause to be transported Minor B, who had not attained the age of 18 years, in interstate and foreign commerce, that is, from Florida to St. Thomas, U.S. Virgin Islands, with intent that Minor B engage in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT FIVE

On or about December 27, 2010, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**LUIS E. MORALES**
**a/k/a Tito Morales**

the defendant herein, did knowingly transport and cause to be transported Minor B, who had not attained the age of 18 years, in interstate and foreign commerce, that is, from St. Thomas, U.S. Virgin Islands, to Florida, with intent that Minor B engage in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## FORFEITURE

1. The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2423, the defendants, LUIS E. MORALES a/k/a Tito Morales, and REBECCA RIVERA, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses. The property to be forfeited includes, but is not limited to, the following: real property located at 8 Crossings Trail, Ormond Beach, Florida 32174.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture

of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney
Deputy Chief, Orlando Division

By: _____
A. Lee Bentley, III
First Assistant United States Attorney

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

LUIS E. MORALES a/k/a Tito Morales
REBECCA RIVERA

## INDICTMENT

Violations:   18 U.S.C. § 2423(a)

A true bill,

_____
Foreperson

Filed in open court this 16th day
of May, 2012.

_____
Clerk

Bail  $ _____

GPO 863 525