**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.	Case No. 6:12-cr-121-Orl-37KRS

LUIS E. MORALES

**ORDER**

This cause is before the Court on Defendant's Motion for Access to Sealed Transcript (Doc. 175), filed March 7, 2013.

Defendant moves for permission to obtain access to the sealed transcript of the January 28, 2013 *in camera* hearing on the motions to withdraw (Docs. 146, 147) filed by Defendant's former counsel. (Doc. 175.) Defendant argues that the transcript is necessary to properly prepare an initial appellate brief, as any discussion of conflicts of interest between Defendant and his former counsel is relevant to a claim of ineffective assistance of counsel. (*Id.* at 2–3.) The Government does not oppose the motion. (*Id.* at 3.)

As issues of ineffective assistance of counsel may be implicated in Defendant's appeal and the motion is unopposed, the motion is hereby granted.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion for Access to Sealed Transcript (Doc. 175) is **GRANTED**. The Court Reporter is permitted to provide a copy of the transcript to Defendant.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 11, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record