**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 6:12-cr-121-Orl-37KRS

LUIS E. MORALES

## ORDER

This cause is before the Court on the following:

1. Petition for Payment of Claim of County of Volusia and Request for Hearing (Doc. 133), filed December 7, 2012;

2. United States and Third Party County of Volusia's Notice of Settlement (Doc. 153), filed January 24, 2013; and

3. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 157), filed January 30, 2013.

On December 7, 2012, third party County of Volusia petitioned this Court for a hearing to adjudicate its alleged interest in a property subject to forfeiture in this matter, pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(c). (Doc. 133.) On January 24, 2013, the Government filed a notice of settlement, indicating that the Government and the County reached an agreement as to the County's interest. (Doc. 153.) On January 30, 2013, Magistrate Judge Karla R. Spaulding recommended that the request for hearing be denied and that approval of the settlement be deferred until certain ancillary matters are resolved. (Doc. 157.)

After an independent review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation (Doc. 157).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 157) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Petition for Payment of Claim of County of Volusia and Request for Hearing (Doc. 133) is **DENIED** to the extent that it requests a hearing and **DENIED AS MOOT** in all other respects.

3. United States and Third Party County of Volusia's Notice of Settlement (Doc. 153) is **TAKEN UNDER ADVISEMENT** pending the resolution of ancillary matters.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 15, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

The Honorable Karla R. Spaulding